STATE *EX REL.* C. C. & C. R. R. CO. v. HARPER.

This was a proceeding for *mandamus* against the county com-
missioners of Lancaster County, in every particular the same as
in the next case *ante* against the chairman and clerk of the board
of county commissioners of York County, except that the return
raised the additional point that the bonds in question had never
been "issued" within the meaning of the act of December 22,
1888.

*Messrs. James F. Hart, Sheppard Bros., R. W. Shand, Henderson Bros.,* and *R. E. Allison,* for relators.

*Messrs. Jones & Williams,* contra.

April 16, 1889.  The opinion of the court was delivered

PER CURIAM.  The application for *mandamus* in this case was heard upon facts substantially the same as those in the recent case of *State of South Carolina ex relatione The Charleston, Cincinnati & Chicago R. R. Co., et al.,* v. *Robert Whitesides,* chairman, *et al.;* and the questions of law involved are the same. Upon the authority of that case, therefore, the petition herein is dismissed, upon other grounds, however, than the alleged unconstitutionality of the act of 1888, entitled "An act to provide for the payment of township bonds issued in aid of railroads in this State," which we hold constitutional.  See *State ex rel. C. C. & C. R. R. Co.* v. *Whitesides, ante,* 579, and *State ex rel. Dickinson* v. *Neely,* next case *post.*